1  **DONALD H. HELLER, SBN 55717**
2  **DONALD H. HELLER,**
   **A Law Corporation**
3  **655 University Ave.**
   **Suite 215**
4  **Sacramento, CA  95825**
   **Telephone:     (916) 974-3500**
5  **Facsimile:     (916) 927-2009**
6
7  **Attorneys for John Pierre Quintana**
8
                    **UNITED STATES DISTRICT COURT**
9                   **EASTERN DISTRICT OF CALIFORNIA**
10

| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00327-MCE |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |
| AKBAR BHAMANI,<br>ZAIN BHAMANI,<br>KEN SARNA,<br>ALY BHAMANI,<br>FEROZA BHAMANI,<br>LAILA BHAMANI,<br>JOHN PIERRE QUINTANA,<br>  aka J.P. Quintana, and<br>SHAUN BHAMANI,<br>**Defendants** | |

It is hereby stipulated and agreed to between the United States of America through R. STEVEN LAPHAM, Assistant United States Attorney, and defendants AKBAR BHAMANI, ZAIN BHAMANI, KEN SARNA, ALY BHAMANI, FEROZA BHAMANI, LAILA BHAMANI, JOHN PIERRE QUINTANA and SHAUN BHAMANI, by and through their respective counsel, that the status conference in the above captioned matter set for October 14, 2010, be continued to December 2, 2010 at 9:30 a.m.

1   The parties request that the Court exclude from calculation under the Speedy Trial Act
2   the time from the date of the originally set status conference, October 14, 2010, through the date
3   of the status conference set for December 2, 2010, pursuant to 18 U.S.C.
4   §§ 3161(h)(7)(B)(ii) and (iv) [complexity and reasonable time to prepare] (Local Codes T2 and
5   T4).

  Since the Indictment was filed on August 12, 2010, the government has produced over 20,000 documents to counsel for the defendants. The parties stipulate that the ends of justice are served by the Court excluding such time, so that each defense counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18U.S.C. § 3161(h)(7)(B)(iv). Specifically, each defendant agrees that his or her counsel needs time to review the discovery, investigate the facts underlying this case and seek possible resolution. Additionally, the parties stipulate that the above captioned case is unusual and complex such that it is unreasonable to expect adequate preparation for pretrial proceedings, or for a potential trial within the time limits established by the Speedy Trial Act.

  IT IS SO STIPULATED.


DATE: September 22, 2010         By:   /s/   R. Steven Lapham
                                       R. STEVEN LAPHAM
                                       Assistant U.S. Attorney

DATE: September 22, 2010         By:   /s/   Clyde M. Blackmon
                                       CLYDE M. BLACKMON
                                       Attorneys for Laila Bhamani

DATE: September 22, 2010         By:   /s/   Matthew C. Bockmon
                                       MATTHEW C. BOCKMON
                                       Attorneys for Feroza Bhamani

DATE: September 22, 2010         By:   /s/   Patrick K. Hanly
                                       PATRICK K. HANLY
                                       Attorneys for Shaun Bhamani

DATE: September 22, 2010            By:  /s/  Donald H. Heller
                                         DONALD H. HELLER
                                         Attorneys for John Pierre Quintana

DATE: September 22, 2010            By:  /s/  Matthew G. Jacobs
                                         MATTHEW G. JACOBS
                                         Attorneys for Zain Bhamani

DATE: September 22, 2010            By:  /s/  Edward W. Swanson
                                         EDWARD W. SWANSON
                                         Attorneys for Akbar Bhamani

DATE: September 22, 2010            By:  /s/  Joseph A. Welch
                                         JOSEPH A. WELCH
                                         Attorneys for Ken Sarna

DATE: September 22, 2010            By:  /s/  Christopher H. Wing
                                         CHRISTOPHER H. WING
                                         Attorneys for Aly Bhamani

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00327-MCE |
| **Plaintiff,** | |
| vs. | **ORDER** CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| AKBAR BHAMANI, ZAIN BHAMANI, KEN SARNA, ALY BHAMANI, FEROZA BHAMANI, LAILA BHAMANI, JOHN PIERRE QUINTANA, aka J.P. Quintana, and SHAUN BHAMANI, | |
| **Defendants** | |

Based upon the Stipulation of the parties filed in this matter, the Court finds that:

This case is unusual and complex such that it is unreasonable to expect adequate preparation for pretrial proceedings, or for a potential trial within the time limits established by the Speedy Trial Act.

The ends of justice are served by the Court excluding such time, so that each defense counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18U.S.C. § 3161(h)(7)(B)(iv).

The Court finds that each defendant agrees that his or her counsel needs time to review the discovery, investigate the facts underlying this case so that counsel can adequate advise their respective clients on the appropriate course of action to take in the defense of the charges alleged in the indictment.

///
///
///

Accordingly, the court finds that time be excluded under the Speedy Trial Act from the date of the originally set status conference, October 14, 2010, through the date of the status conference set for December 2, 2010, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(ii) and (iv) [complexity and reasonable time to prepare] (Local Codes T2 and T4).

IT IS SO ORDERED.

DATED: October 4, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE