BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
LAILA BHAMANI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   vs.<br><br>AKBAR BHAMANI,<br>ZAIN BHAMANI,<br>KEN SARNA,<br>ALY BHAMANI,<br>FEROZA BHAMANI,<br>LAILA BHAMANI,<br>JOHN PIERRE QUINTANA,<br>   aka J.P. Quintana, and<br>SHAUN BHAMANI,<br><br>      Defendants. | Case No. 2:10-CR-00327 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME<br><br>Date:  February 17, 2011<br>Time:  9:00 A.M.<br>Ctrm:  7(MCE) |

   IT IS HEREBY STIPULATED by defendants AKBAR BHAMANI, through his counsel, Edward W. Swanson; ZAIN BHAMANI, through his counsel, Matthew G. Jacobs; KEN SARNA, through his counsel, Joseph A. Welch; ALY BHAMANI, through his counsel, Christopher H. Wing; FEROZA BHAMANI, through her counsel, Matthew C. Bockmon; LAILA BHAMAI, through her counsel Clyde M. Blackmon; JOHN PIERRE QUINTANA, through his counsel, Richard Pachter; and SHAUN BHAMANI, through his counsel, Patrick K. Hanly;

- 1 -

1  and by the United States of America, through its counsel,
2  Assistant U.S. Attorney R. Steven Lapham, that the status
3  conference now scheduled for 9:00 a.m. on February 17, 2011, be
4  continued to April 14, 2011, at 9:00 a.m.
5       The defendants were charged by indictment on August 12,
6  2010, with multiple counts related to mail fraud, wire fraud and
7  money laundering allegedly occurring over an approximately two
8  and half year period and involving the operation of a real
9  estate investment and development company.  On September 13,
10 2010 counsel for all defendants received approximately 20,000
11 pages of discovery.  Since that time, defense counsel have
12 completed an initial review of the discovery materials and are
13 engaged in an ongoing analysis of the factual and legal issues
14 implicated therein.
15      The factual circumstances in this case are complex, involve
16 multiple real property and investment transactions, include
17 allegations concerning multiple defendants and will require
18 extensive defense investigative efforts, which are currently
19 ongoing.  In particular, the defense preparation at this time
20 includes an exacting and time-consuming review of financial
21 documents.  Until this defense investigation and preparation is
22 complete, the parties are not in a reasonable position to
23 determine whether or not settlement negotiations are likely to
24 be fruitful, if additional discovery will be requested, or if
25 other pretrial investigation or law and motion work appears
26 necessary.
27 ///
28 ///

1    Due to these considerations, the parties agree and hereby
2 stipulate that the status conference currently scheduled on
3 February 17, 2011 be continued to 9:00 a.m. on April 14, 2011.
4 The parties further agree and stipulate that the public interest
5 in a speedy trial is outweighed by the interests of justice,
6 given defense counsel's need for further preparation and due to
7 the complexity of the matter.  Therefore, the parties stipulate
8 pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv) [Local Code
9 T2, T4] that time shall be excluded from February 17, 2011, to
10 April 14, 2011.

**IT IS SO STIPULATED.**

DATED:     February 11, 2011     By: //s//_Clyde M. Blackmon for
                                        R. Steven Lapham
                                        Assistant U.S. Attorney

DATED:     February 11, 2011     By://s//_ Clyde M. Blackmon for
                                        Edward W. Swanson
                                        Attorney for AKBAR BHAMANI

DATED:     February 11, 2011     By://s//_ Clyde M. Blackmon for
                                        Matthew J. Jacobs
                                        Attorney for ZAIN BHAMANI

DATED:     February 11, 2011     By://s//__Clyde M. Blackmon for
                                        Joseph A. Welch
                                        Attorney for KEN SARNA

DATED:     February 11, 2011     By://s//_ Clyde M. Blackmon for
                                        Christopher H. Wing
                                        Attorney for ALY BHAMAI

DATED:     February 11, 2011     By://s// _ Clyde M. Blackmon for
                                        Matthew C. Bockmon
                                        Attorney for FEROZA BHAMANI

DATED:     February 11, 2011     By://s//_ Clyde M. Blackmon____
                                        Attorney for LAILA BHAMANI

```
DATED:      February 11, 2011      By: //s//_ Clyde M. Blackmon for
                                        Richard Pachter
                                        Attorney for JOHN PIERRE
                                          QUINTANA


DATED:      February 11, 2011      By: //s//__Clyde M. Blackmon for
                                        Patrick K. Hanly
                                        Attorney for SHAUN BHAMANI
```

1
2
**ORDER CONTINUING STATUS
<u>CONFERENCE HEARING AND EXCLUDING TIME</u>**

3
4     This matter having come before me pursuant to the
stipulation of the parties and good cause appearing therefore,
5
6     IT IS ORDERED THAT: the status conference hearing now set
for February 17, 2011 at 9:00 a.m. is vacated and the matter is
7 set for a status conference hearing on April 14, 2011 at 9:00
8 a.m.
9     Further, the Court finds that time is excluded based upon
10 the representation of the parties that the interests of justice
11 outweigh the public interest in a speedy trial, given the need
12 for further defense preparation and the complex nature of the
13 matter.  Therefore, such time will be excluded pursuant to the
14 Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv) [Local
15 Code T2, T4], from February 17, 2011 until the next appearance
16 on April 14, 2011.
17     **IT IS SO ORDERED.**
18
19 DATE:  February 18, 2011
20
21                                 _____
22                                 MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28