BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
813 Sixth Street. Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
LAILA BHAMANI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>AKBAR BHAMANI,<br><br>ZAIN BHAMANI,<br><br>KEN SARNA,<br><br>ALY BHAMANI,<br><br>FEROZA BHAMANI,<br><br>LAILA BHAMANI,<br><br>JOHN PIERRE QUINTANA,<br>  aka J.P. Quintana, and<br><br>SHAUN BHAMANI,<br><br>      Defendants. | Case No. 2:10-CR-00327 MCE<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE HEARING AND<br>EXCLUDING TIME<br><br>Date:  April 14, 2011<br>Time:  9:00 A.M.<br>Ctrm:  7(MCE) |

    IT IS HEREBY STIPULATED by defendants AKBAR BHAMANI, through his counsel, Edward W. Swanson; ZAIN BHAMANI, through his counsel, Matthew G. Jacobs; KEN SARNA, through his counsel, Joseph A. Welch; ALY BHAMANI, through his counsel, Christopher H. Wing; FEROZA BHAMANI, through her counsel, Matthew C. Bockmon; LAILA BHAMAI, through her counsel Clyde M. Blackmon; JOHN PIERRE QUINTANA, through his counsel, Richard Pachter; and SHAUN BHAMANI, through his counsel, Patrick K.

Hanly; and by the United States of America, through its counsel, Assistant U.S. Attorney R. Steven Lapham, that the status conference now scheduled for 9:00 a.m. on April 14, 2011, be continued to June 9, 2011, at 9:00 a.m.

The defendants were charged by indictment on August 12, 2010, with multiple counts related to mail fraud, wire fraud and money laundering allegedly occurring over an approximately two and half year period and involving the operation of a real estate investment and development company. On September 13, 2010 counsel for all defendants received approximately 20,000 pages of discovery.  Since that time, defense counsel have completed an initial review of the discovery materials and are engaged in an ongoing analysis of the factual and legal issues implicated therein.

The factual circumstances in this case are complex, involve multiple real property and investment transactions, include allegations concerning multiple defendants and will require extensive defense investigative efforts, which are currently ongoing.  In particular, the defense preparation at this time includes an exacting and time-consuming review of financial documents. Substantial progress has been made in reviewing the financial documents, but, despite the diligent efforts of defense counsel, the work is not yet complete.  The defense anticipates that, prior to June 9, they will have sufficient results from the financial review to engage in discussions with the government about settlement or about the setting of motions and trial dates.

Due to these considerations, the parties agree and hereby stipulate that the status conference currently scheduled on April 14, 2011 be continued to 9:00 a.m. on June 9, 2011, and that the parties appear on June 9 for the setting of further dates in this matter.  The parties further agree and stipulate that the public interest in a speedy trial is outweighed by the interests of justice, given defense counsel's need for further preparation and due to the complexity of the matter.  Therefore, the parties stipulate pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii)and(iv) [Local Code T2, T4] that time shall be excluded from April 14, 2011, to June 9, 2011.

IT IS SO STIPULATED.

```
 1  DATED:       April 11, 2011      By: //s// Clyde M. Blackmon for
                                         R. Steven Lapham
 2                                       Assistant U.S. Attorney

 3
    DATED:       April 11, 2011      By://s// Clyde M. Blackmon for
 4                                       Edward W. Swanson
                                         Attorney for AKBAR BHAMANI
 5
 6  DATED:       April 11, 2011      By://s// Clyde M. Blackmon for
                                         Matthew J. Jacobs
 7                                       Attorney for ZAIN BHAMANI
 8
    DATED:       April 11, 2011      By://s//  Clyde M. Blackmon for
 9                                       Joseph A. Welch
                                         Attorney for KEN SARNA
10
11  DATED:       April 11, 2011      By://s// Clyde M. Blackmon for
                                         Christopher H. Wing
12                                       Attorney for ALY BHAMAI
13
14  DATED:       April 11, 2011      By://s// Clyde M. Blackmon for
                                         Matthew C. Bockmon
15                                       Attorney for FEROZA BHAMANI
16
    DATED:       April 11, 2011      By://s// Clyde M. Blackmon____
17                                       Attorney for LAILA BHAMANI
18
19  DATED:       April 11, 2011      By://s// Clyde M. Blackmon for
                                         Richard Pachter
20                                       Attorney for JOHN PIERRE QUINTANA
21
22  DATED:       April 11, 2011      By://s//  Clyde M. Blackmon for
                                         Patrick K. Hanly
23                                       Attorney for SHAUN BHAMANI
24
```

## [PROPOSED] ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

1    IT IS ORDERED THAT: the status conference hearing now set for April 14, 2011 at 9:00
2 a.m. is vacated and the matter is set for a status conference hearing on June 9, 2011 at 9:00 a.m.
3    Further, the Court finds that time is excluded based upon the representation of the parties
4 that the interests of justice outweigh the public interest in a speedy trial, given the need for
5 further defense preparation and the complex nature of the matter.  Therefore, such time will be
6 excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii)and(iv) [Local Code T2,
7 T4], from April 14, 2011 until the next appearance on June 9, 2011.
8    IT IS SO ORDERED.
9 **Date:  4/14/2011**

```
_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE
```