```
1   Edward W. Swanson, SBN 159859
2   Britt Evangelist, SBN 260457
    SWANSON & McNAMARA LLP
3   300 Montgomery Street, Suite 1100
    San Francisco, California 94104
4   Telephone: (415) 477-3800
    Facsimile: (415) 477-9010
5

6
    Attorneys for AKBAR BHAMANI
7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AKBAR BHAMANI, ET AL.,<br><br>　　　　　　Defendants. | Case No. CR 10-0327 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME**<br><br>Date: July 28, 2011<br>Time: 9:00 am<br>Crt Rm.: 7 (MCE) |
|---|---|

　　　　IT IS HEREBY STIPULATED by defendants AKBAR BHAMANI, through his counsel, Edward W. Swanson; ZAIN BHAMANI, through his counsel, Matthew G. Jacobs; KEN SARNA, through his counsel, Joseph A. Welch; ALY BHAMANI, through his counsel, Christopher H. Wing; FEROZA BHAMANI, through her counsel, Matthew C. Bockmon; LAILA BHAMAI, through her counsel Clyde M. Blackmon; JOHN PIERRE QUINTANA, through his counsel, Richard Pachter; and SHAUN BHAMANI, through his counsel, Patrick K. Hanly; and by the United States of America, through its counsel, Assistant U.S. Attorney R. Steven Lapham, that the status conference now scheduled for July 28, 2011 at 9:00 a.m., be continued to September 1, 2011 at 9:00 a.m.

The defendants were charged by indictment on August 12, 2010, with multiple counts related to mail fraud, wire fraud and money laundering allegedly occurring over an approximately two and half year period and involving the operation of a real estate investment and development company. On September 13, 2010 counsel for all defendants received approximately 20,000 pages of discovery. Over 900 pages of additional discovery was received by defense counsel on or about April 14, 2011. Defense counsel have completed an initial review of the discovery materials and are engaged in an ongoing analysis of the factual and legal issues implicated therein.

The factual circumstances in this case are complex, involve multiple real property and investment transactions, include allegations concerning multiple defendants and will require extensive defense investigative efforts, which are currently ongoing. In particular, the defense preparation includes an analysis of relevant financial records and transactions by a defense engaged expert, as well as an analysis of the probable immigration consequences of a conviction or plea in this case. At this time, the defense and the government have engaged in initial settlement discussions and anticipate that, prior to September 1, 2011, they will participate in further settlement negotiations and/or discussions about the setting of motions and trial dates.

Due to these considerations, the parties agree and hereby stipulate that the status conference currently scheduled on July 28, 2011 be continued to 9:00 a.m. on September 1, 2011, and that the parties appear on September 1, 2011 for the setting of further dates in this matter. The parties further agree and stipulate that the public interest in a speedy trial is outweighed by the interests of justice, given defense counsel's need for further preparation and due to the complexity of the matter. Therefore, the parties stipulate pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii)and(iv) [Local Code T2, T4] that time shall be excluded from July 28, 2011, to September 1, 2011.

IT IS SO STIPULATED.

DATED:	July 27, 2011	By: //s//_Edward W. Swanson for
	R. Steven Lapham
	Assistant U.S. Attorney

DATED: July 27, 2011         By:/s//  Edward W. Swanson for
                                  Edward W. Swanson
                                  Attorney for AKBAR BHAMANI

DATED: July 27, 2011         By:/s//  Edward W. Swanson for
                                  Matthew J. Jacobs
                                  Attorney for ZAIN BHAMANI

DATED: July 27, 2011         By:/s//  Edward W. Swanson for
                                  Joseph A. Welch
                                  Attorney for KEN SARNA

DATED: July 27, 2011         By:/s//  Edward W. Swanson for
                                  Christopher H. Wing
                                  Attorney for ALY BHAMAI

DATED: July 27, 2011         By:/s//  Edward W. Swanson for
                                  Matthew C. Bockmon
                                  Attorney for FEROZA BHAMANI

DATED: July 27, 2011         By:/s//  Edward W. Swanson
                                  Clyde M. Blackmon
                                  Attorney for LAILA BHAMANI

DATED: July 27, 2011         By:/s//  Edward W. Swanson for
                                  Richard Pachter
                                  Attorney for JOHN PIERRE QUINTANA

DATED: July 27, 2011         By:/s//  Edward W. Swanson for
                                  Patrick K. Hanly
                                  Attorney for SHAUN BHAMANI

/ / /

/ / /

/ / /

/ / /

**ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the status conference hearing now set for July 28, 2011 at 9:00 a.m. is vacated and the matter is set for a status conference hearing on September 1, 2011 at 9:00 a.m.

Further, the Court finds that time is excluded based upon the representation of the parties that the interests of justice outweigh the public interest in a speedy trial, given the need for further defense preparation and the complex nature of the matter.  Therefore, such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii)and(iv) [Local Code T2, T4], from July 28, 2011 until the next appearance on September 1, 2011.

IT IS SO ORDERED.

DATED: July 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE