LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>AKBAR BHAMANI, ET. AL<br>Defendants, | No.   2: Cr. 10-0327 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME FROM SEPTEMBER 1, 2001 TO NOVEMBER 17, 2011 AT 9:00 AM |

    IT IS HEREBY STIPULATED by defendants AKBAR BHAMANI, through his counsel, Edward W. Swanson; ZAIN BHAMANI, through his counsel, Matthew G. Jacobs; KEN SARNA, through his counsel, Joseph A. Welch; ALY BHAMANI, through his counsel, Christopher H. Wing; FEROZA BHAMANI, through her counsel, Matthew C. Bockmon; LAILA BHAMAI, through her counsel Clyde M. Blackmon; JOHN PIERRE QUINTANA, through his counsel, Richard Pachter; and SHAUN BHAMANI, through his counsel, Bruce Locke; and by the United States of America, through its counsel, Assistant U.S. Attorney R. Steven Lapham, that the status conference now scheduled for September 1, 2011 at 9:00 a.m., be continued to November 17, 2011 at 9:00 a.m.

///

1

The defendants were charged by indictment on August 12, 2010, with multiple counts related to mail fraud, wire fraud and money laundering allegedly occurring over an approximately two and half year period and involving the operation of a real estate investment and development company. On September 13, 2010 counsel for all defendants received approximately 20,000 pages of discovery.  Over 900 pages of additional discovery was received by defense counsel on or about April 14, 2011.  Defense counsel have completed an initial review of the discovery materials and are engaged in an ongoing analysis of the factual and legal issues implicated therein.

The factual circumstances in this case are complex, involve multiple real property and investment transactions, include allegations concerning multiple defendants and will require extensive defense investigative efforts, which are currently ongoing.  In particular, the defense preparation includes an analysis of relevant financial records and transactions by a defense engaged expert, as well as an analysis of the probable immigration consequences of a conviction or plea in this case.

While many members of the defense and the government have engaged in initial settlement discussions and had anticipated that, prior to September 1, 2011, they would be able to participate in further settlement negotiations and/or discussions about the setting of motions and trial dates, we were informed today that Bruce Locke, of the firm Moss and Locke has been appointed to represent defendant Shaun Bhamani and that Partick K. Hanly has been relieved.

//
//
//
//
//
//
//

///

//

//

Due to the complex nature of the case and Mr. Locke's recent involvement, the parties agree and hereby stipulate that the status conference currently scheduled on September 1, 2011 be continued to 9:00 a.m. on November 17, 2011, and that the parties appear on that date for the setting of further dates in this matter.

The parties further agree and stipulate that the public interest in a speedy trial is outweighed by the interests of justice, given defense counsel's need for further preparation due to the complexity of the matter as well as the recent substitution of attorney for one of the defendants.  Therefore, the parties stipulate pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii)and(iv) [Local Code T2, T4] that time shall be excluded from September 1 2011, to November 17, 2011.

**IT IS SO STIPULATED.**

DATED:	August 30,  2011	By: //s//  Christopher H. Wing for
				R. Steven Lapham
				Assistant U.S. Attorney

DATED:	August 30, 2011	By ://s//  Christopher H. Wing for
				Edward W. Swanson
				Attorney for AKBAR BHAMANI

DATED:	August 30, 2011	By: //s//  Christopher H. Wing for
				Matthew G. Jacobs
				Attorney for ZAIN BHAMANI

DATED:	August 30, 2011	By ://s//  Christopher H. Wing for
				Joseph A. Welch
				Attorney for KEN SARNA

DATED:	August 30, 2011	By: //s//  Christopher H. Wing for
				Christopher H. Wing
				Attorney for ALY BHAMAI

DATED:	August 30, 2011	By: //s//  Christopher H. Wing for

/ / /

LAW OFFICES OF WING & PARISI SACRAMENTO, CA.

3

|  |  |  |
|---|---|---|
|  |  | Matthew C. Bockmon<br>Attorney for FEROZA BHAMANI |
| DATED: | August 30, 2011 | By: //s//  Christopher H. Wing for<br>Clyde M. Blackmon<br>Attorney for LAILA BHAMANI |
| DATED: | August 30, 2011 | By: //s//  Christopher H. Wing for<br>Richard Pachter<br>Attorney for JOHN PIERRE QUINTANA |
| DATED: | August 30, 2011 | By: //s//  Christopher H. Wing for<br>Bruce C. Locke<br>Attorney for SHAUN BHAMANI |

## ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the status conference hearing now set for September 1, 2011 at 9:00 a.m. is vacated and the matter is set for a status conference hearing on November 17, 2011 at 9:00 a.m.

Further, the Court finds that time is excluded based upon the representation of the parties that the interests of justice outweigh the public interest in a speedy trial, given the need for further defense preparation and the complex nature of the matter as well as the recent substitution of attorney for one of the defendants. Therefore, such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii)and(iv) [Local Code T2, T4], from Septener 1, 2011 until the next appearance, on November 17, 2011.

**IT IS SO ORDERED.**

September 7, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

///

LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.