1  BRUCE LOCKE (#177787)
   Moss & Locke
2  800 Howe Avenue, Suite 110
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   SHAUN BHAMANI
5

6             IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,            )   No.   CR. S-10-327 MCE
                                        )
9             Plaintiff,                )
                                        )   STIPULATION TO CONTINUE STATUS
10                                      )   CONFERENCE AND EXCLUDE TIME
      v.                                )   UNDER SPEEDY TRIAL ACT' ORDER
11                                      )   THEREON
                                        )
12 SHAUN BHAMANI, et al.,               )
                                        )
13            Defendants.               )
                                        )
14 _____

15         IT IS HEREBY STIPULATED AND AGREED between the defendants, Akbar Bhamani,

16 Zain Bhamani, Ken Sarna, Aly Bhamani, Feroza Bhamani, Laila Bhamani, Jose Pierre Quintana,

17 and Shaun Bhamani, by and through their undersigned defense counsel, and the United States of

18 America by and through its counsel, Assistant U.S. Attorney Steven Lapham, that the status

19 conference presently set for November 17, 2011 at 9:00 a.m., should be continued to February 9,

20 2012 at 9:00 a.m., and that time under the Speedy Trial Act should be excluded from November 17,

21 2011 through February 9, 2012.

22         The reason for the continuance is that the defendants are continuing their investigation and

23 Mr. Locke, who was only recently appointed to represent Mr. Shaun Bhamani is, at this time, only

24 half way through the 20,000 pages of discovery and needs the additional time to prepare the case.

25 The parties stipulate that the continuance should be granted for defense preparation pursuant to 18

26 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate that the ends of justice served by granting

27 this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18

28

29                                            1

U.S.C. §3161(h)(7)(A).  Undersigned counsel have authorized Mr. Locke to sign this pleading for them.

DATED: November 7, 2011        /S/ Bruce Locke
BRUCE LOCKE
Attorney for Shaun Bhamani

DATED: November 7, 2011        /S/ Bruce Locke
EDWARD W. SWANSON
Attorney for Akbar Bhamani

DATED: November 7, 2011        /S/ Bruce Locke
MATTHEW G. JACOBS
Attorney for Zain Bhamani

DATED: November 7, 2011        /S/ Bruce Locke
JOSEPH A. WELCH
Attorney for Ken Sarna

DATED: November 7, 2011        /S/ Bruce Locke
CHRISTOPHER H. WING
Attorney for Aly Bhamani

DATED: November 17, 2011        /S/ Bruce Locke
For MATT BOCKMAN
Attorney for Feroza Bhamani

DATED: November 7, 2011        /S/ Bruce Locke
CLYDE M. BLACKMON
Attorney for Laila Bhamani

DATED: November 7, 2011        /S/ Bruce Locke
RICHARD PACHTER
Attorney for John Pierre Quintana

DATED: November 7, 2011        /S/ Bruce Locke
For STEVEN LAPHAM
Attorney for the United States

For the reasons stated in the above stipulation, the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. The status conference in this matter now set for November 17, 2011 is accordingly continued to February 9, 2012 at 9:00 a.m.

IT IS SO ORDERED.

Dated: November 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE