1  MATTHEW G. JACOBS (SBN 122066)
   DLA PIPER LLP (US)
2  400 Capitol Mall, Suite 2400
   Sacramento, CA  95814-4428
3  Tel:  916.930.3200
   Fax:  916.930.3201
4
   Attorneys for Defendant
5  ZAIN BHAMANI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:10-cr-00327-MCE |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; ORDER THEREON** |
| v. | |
| ZAIN BHAMANI, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Akbar Bhamani, Zain Bhamani, Ken Sarna, Aly Bhamani, Feroza Bhamani, Laila Bhamani, Jose Pierre Quintana, and Shaun Bhamani, by and through their undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Steven Lapham, that the status conference presently set for February 9, 2012 at 9:00 a.m, should be continued to March 22, 2012, and that time under the Speedy Trial Act should be excluded from February 9, 2012 through March 22, 2012.

The reason for the continuance is that the defendants are continuing their investigation and review of the 20,000 pages of discovery provided to date, and need the additional time to prepare the case.  The parties stipulate that the continuance should be granted for defense preparation pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

///

The parties further stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. §3161(h)(7)(A).  Undersigned counsel have authorized Mr. Jacobs to sign this pleading for them.

Dated: February 6, 2012

/s/ Matthew G. Jacobs
MATTHEW G. JACOBS
Attorney for Zain Bhamani

Dated: February 6, 2012

/s/ Bruce Locke
BRUCE LOCKE
Attorney for Shaun Bhamani

Dated: February 6, 2012

/s/ Edward W. Swanson
EDWARD W. SWANSON
Attorney for Akbar Bhamani

Dated: February 6, 2012

/s/ Joseph A. Welch
JOSEPH A. WELCH
Attorney for Ken Sarna

Dated: February 6, 2012

/s/ Christopher H. Wing
CHRISTOPHER H. WING
Attorney for Aly Bhamani

Dated: February 6, 2012

/s/ Matt Bockman
MATT BOCKMAN
Attorney for Feroza Bhamani

Dated: February 6, 2012

/s/ Clyde M. Blackmon
CLYDE M. BLACKMON
Attorney for Laila Bhamani

Dated: February 6, 2012

/s/ Richard Pachter
RICHARD PACHTER
Attorney for John Pierre Quintana

Dated: February 6, 2012

/s/ Stephen Lapham
STEPHEN LAPHAM
Attorney for the United States

For the reasons stated in the above stipulation, the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: February 8, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE