Edward W. Swanson, SBN 159859
Britt Evangelist, SBN 260457
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for AKBAR BHAMANI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AKBAR BHAMANI, ET AL.,<br><br>　　　　　　Defendants. | Case No.  CR 10-0327 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME**<br><br>Date: July 28, 2011<br>Time:  9:00 am<br>Crt Rm.: 7 (MCE) |

　　　IT IS HEREBY STIPULATED by defendants AKBAR BHAMANI, through his counsel, Edward W. Swanson; ZAIN BHAMANI, through his counsel, Matthew G. Jacobs; KEN SARNA, through his counsel, Joseph A. Welch; ALY BHAMANI, through his counsel, John Panneton; FEROZA BHAMANI, through her counsel, Matthew C. Bockmon; LAILA BHAMAI, through her counsel Clyde M. Blackmon; JOHN PIERRE QUINTANA, through his counsel, Richard Pachter; and SHAUN BHAMANI, through his counsel, Bruce Locke; and by the United States of America, through its

counsel, Assistant U.S. Attorney R. Steven Lapham, that the status conference now scheduled for April 26, 2012 at 9:00 a.m., be continued to May 31, 2012 at 9:00 a.m.

The reason for the continuance is that Mr. John Panneton, attorney for Mr. Aly Bhamani, substituted into the case on March 28, 2012. Although he has been working diligently since substituting into the case, Mr. Panneton is still in the process of reviewing the approximately 20,000 pages of discovery and otherwise preparing the case. The parties stipulate that the continuance should be granted for defense preparation and continuation of counsel pursuant to 18 U.S.C. §3161(h)(7)(B)(iv). The parties further stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Therefore, the parties stipulate pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii)and(iv) [Local Code T2, T4] that time shall be excluded from April 26, 2012, to May 31, 2012. Undersigned counsel have authorized Mr. Swanson to sign this pleading for them.

IT IS SO STIPULATED.

DATED:   April 24, 2012        By: //s//  Edward W. Swanson for
                                    R. Steven Lapham
                                    Assistant U.S. Attorney

DATED:   April 24, 2012        By://s//   Edward W. Swanson for
                                    Edward W. Swanson
                                    Attorney for AKBAR BHAMANI

DATED:   April 24, 2012        By://s//  Edward W. Swanson for
                                    Matthew J. Jacobs
                                    Attorney for ZAIN BHAMANI

DATED:   April 24, 2012        By://s//    Edward W. Swanson for
                                    Joseph A. Welch
                                    Attorney for KEN SARNA

**Stipulation and Order Cont. Status Conf.**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 MCE

-2-

DATED:     April 24, 2013         By:<u>/s//  Edward W. Swanson</u> for
                                       John P. Panneton
                                       Attorney for ALY BHAMAI

DATED:     April 24, 2012         By:<u>/s//   Edward W. Swanson</u> for
                                       Matthew C. Bockmon
                                       Attorney for FEROZA BHAMANI

DATED:     April 24, 2012         By:<u>/s//  Edward W. Swanson     </u>
                                       Clyde M. Blackmon
                                       Attorney for LAILA BHAMANI

DATED:     April 24, 2012         By:<u>/s//  Edward W. Swanson</u> for
                                       Richard Pachter
                                       Attorney for JOHN PIERRE QUINTANA

DATED:     April 24, 2012         By:<u>/s//   Edward W. Swanson</u> for
                                       Bruce Locke
                                       Attorney for SHAUN BHAMANI

/ / /

/ / /

/ / /

/ / /

**Stipulation and Order Cont. Status Conf.**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 MCE

-3-

# ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the status conference hearing now set for April 26, 2012 at 9:00 a.m. is vacated and the matter is set for a status conference hearing on Mary 31, 2012 at 9:00 a.m.

Further, the Court finds that time is excluded based upon the representation of the parties that the interests of justice outweigh the public interest in a speedy trial, given the need for further defense preparation and the complex nature of the matter.  Therefore, such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii)and(iv) [Local Code T2, T4], from April 26, 2012 until the next appearance on May 31, 2012.

IT IS SO ORDERED.

Dated:  April 27, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**Stipulation and Order Cont. Status Conf.**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 MCE

-4-