Edward W. Swanson, SBN 159859
Britt Evangelist, SBN 260457
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for AKBAR BHAMANI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AKBAR BHAMANI, ET AL.,<br><br>　　　　　Defendants. | Case No.  CR 10-0327 MCE<br><br>**STIPULATION AND ORDER TO VACATE TRIAL SETTING CONFERENCE, TO SET TRIAL DATE AND TRIAL READINESS CONFERENCE, AND TO EXCLUDE TIME**<br><br>Date: August 23, 2012<br>Time: 9:00 am<br>Crt Rm.: 7 (MCE) |

　　　　　IT IS HEREBY STIPULATED by defendants AKBAR BHAMANI, through his counsel,

Edward W. Swanson; ZAIN BHAMANI, through his counsel, Matthew G. Jacobs; KEN SARNA,

through his counsel, Joseph A. Welch; ALY BHAMANI, through his counsel, John Panneton; FEROZA

BHAMANI, through her counsel, Matthew C. Bockmon; LAILA BHAMAI, through her counsel Clyde

M. Blackmon; JOHN PIERRE QUINTANA, through his counsel, Richard Pachter; and SHAUN

BHAMANI, through his counsel, Bruce Locke; and by the United States of America, through its

counsel, Assistant U.S. Attorney R. Steven Lapham, that the trial setting conference now scheduled for

**Stipulation and [Proposed] Order to Vacate Trial Setting Conf. and Setting Trial Date**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 MCE

August 23, 2012 at 9:00 a.m., be vacated and that trial in this matter be set on July 15, 2013.  The parties also request that a trial readiness conference be set for Thursday, June 6, 2013 at 9:00 a.m.

The parties stipulate that setting a July 15, 2013 trial date in this case is necessary to allow for the effective preparation and continuation of counsel given the complexity of this multi-defendant action involving tens of thousands of pages of discovery.  18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iv). The parties further stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A).  Therefore, the parties stipulate pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii)and(iv) [Local Code T2, T4] that time shall be excluded from August 23, 2012, to June 6, 2013.  Undersigned counsel have authorized Mr. Swanson to sign this pleading for them.

IT IS SO STIPULATED.

DATED:   August 21, 2012      By: //s//  Edward W. Swanson for
                                   R. Steven Lapham
                                   Assistant U.S. Attorney

DATED:   August 21, 2012      By://s//  Edward W. Swanson for
                                   Edward W. Swanson
                                   Attorney for AKBAR BHAMANI

DATED:   August 21, 2012      By://s//  Edward W. Swanson for
                                   Matthew J. Jacobs
                                   Attorney for ZAIN BHAMANI

DATED:   August 21, 2012      By://s//   Edward W. Swanson for
                                   Joseph A. Welch
                                   Attorney for KEN SARNA

DATED:   August 21, 2012      By://s//  Edward W. Swanson for
                                   John P. Panneton
                                   Attorney for ALY BHAMAI

DATED:   August 21, 2012      By://s//  Edward W. Swanson for
                                   Matthew C. Bockmon
                                   Attorney for FEROZA BHAMANI

**Stipulation and [Proposed] Order to Vacate Trial Setting Conf. and Setting Trial Date**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 MCE

-2-

| | | |
|---|---|---|
| DATED: | August 21, 2012 | By: /s//  Edward W. Swanson<br>Clyde M. Blackmon<br>Attorney for LAILA BHAMANI |
| DATED: | August 21, 2012 | By: /s//  Edward W. Swanson for<br>Richard Pachter<br>Attorney for JOHN PIERRE QUINTANA |
| DATED: | August 21, 2012 | By: /s//  Edward W. Swanson for<br>Bruce Locke<br>Attorney for SHAUN BHAMANI |

## ORDER TO VACATE TRIAL SETTING CONFERENCE , TO SET TRIAL DATE AND TRIAL READINESS CONFERENCE AND EXCLUDING TIME

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the trial setting conference now set for August 23, 2012 at 9:00 a.m. is vacated, a trial readiness conference is set for June 6, 2013 at 9:00 a.m. and trial in this matter is set for July 15, 2013.

Further, the Court finds that time is excluded based upon the representation of the parties that the interests of justice outweigh the public interest in a speedy trial, given the need for further defense preparation and the complex nature of the matter.  Therefore, such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii)and(iv) [Local Code T2, T4], from August 23, 2012 until the next appearance on June 6, 2013.

IT IS SO ORDERED.

Dated:  August 27, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**Stipulation and [Proposed] Order to Vacate Trial Setting Conf. and Setting Trial Date**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 MCE
-3-