GEORGE L. O'CONNELL (SBN 74037)
**DLA PIPER LLP (US)**
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Telephone:  916.930.3200
Facsimile:  916.930.3201
Email:  george.oconnell@dlapiper.com

Attorneys for Defendant
ZAIN BHAMANI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>AKBAR BHAMANI, et al.,<br><br>          Defendants. | CASE NO.  2:10-cr-00327-TLN<br><br>**STIPULATION RE CONTINUANCE OF SENTENCING DATE AND RELATED DATES; DECLARATION OF GEORGE L. O'CONNELL; ORDER** |
|---|---|

   Zain Bhamani and the United States hereby stipulate to a continuance of the sentencing date of Mr. Zain Bhamani from Thursday, September 25, 2014, to November 13, 2014.  The parties also stipulate that all other dates, such as the date of completion for the Presentence Report, be extended for the same length of time.  The purpose of this extension of time is to permit new counsel for Zain Bhamani to properly prepare for the sentencing of Mr. Bhamani.  *See* Declaration of George L. O'Connell dated July 23, 2014.  This stipulation is based on and supported by the O'Connell Declaration.

   SO STIPULATED.

Dated:  7/28/2014                    By:__/s/ Michelle Beckwith____
                                                    AUSA MICHELLE BECKWITH
                                                    Attorney for the United States

-1-

WEST\249043166.1     STIPULATION RE CONTINUANCE OF SENTENCING DATE AND RELATED
                              DATES; DECLARATION OF GEORGE L. O'CONNELL; PROPOSED ORDER

DLA PIPER LLP (US)
SACRAMENTO

1  Dated: 7/25/2014                          By:__/s/ George L. O'Connell__
2                                                        GEORGE L. O'CONNELL
                                                         Attorney for Zain Bhamani
3
4  ///
5  ///
6  ///

I, GEORGE L. O'CONNELL, declare as follows:

1.     I am an attorney at law licensed to practice before all of the courts of the State of California and, among others, admitted to practice in the Eastern District of California.

2.     This declaration is based on my personal knowledge, except as indicated, and I could and would testify competently to the facts set forth herein.

3.     I am Senior Counsel at the law firm of DLA Piper LLP (US) – Sacramento. Among other things, I handle white collar criminal defense cases.  In or about mid-June 2014, Matthew Jacobs, a DLA Piper partner, announced his departure from the firm.  Mr. Jacobs transferred a number of cases to me.  I have been required to handle matters in those cases, as well as in my own cases.

4.     One of the cases I received from Mr. Jacobs was a criminal case against Zain Bhamani.  It is a complex case and with the impending sentencing date of September 25, 2014, and given my case load, I do not believe I have adequate time to prepare for sentencing, including the preparation of a Sentencing Memo for the Court, in the time currently available to me. Additionally, I need more time to present evidence concerning Mr. Bhamani to the Probation Officer, Ms. Lynda Moore.

5.     On July 21, 2014, I spoke to Lynda Moore and explained my need for more time. She said in substance that she was agreeable to a continuance of the sentencing date for Zain Bhamani.

6.     On July 21, 2014, I also spoke to AUSA Michelle Beckwith, who was agreeable to a continuance of the sentencing date until November 13, 2014.

7.     The trial court has discretion to grant a continuance, and an appellate court will not typically interfere with that discretion.  *See*, *e.g.*, *United States v. Mills* (9th Cir. 1979) 597 F.2d 693, 699.  Trial courts have thus granted continuances to allow new counsel adequate time to prepare for trial, as well as to prepare for a sentencing hearing.  *See*, *e.g.*, *United States v. Tate* (6th Cir. 2008) 516 F.3d 459, 462 (noting that the district court "continued the [sentencing] hearing several times" due to the defendant's repeated requests for additional time to prepare); *United States v. Miell* (N.D. Iowa 2010) 711 F.Supp.2d 967, 976 (stating that the court granted

-3-

defendant's application to continue the sentencing hearing "120 days to permit his new counsel adequate time to orient himself with the case").

8. I respectfully request that the Court grant the proposed Stipulated Order which is attached, in order to give me sufficient time to prepare this complex case for sentencing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 25th day of July 2014, at Sacramento, California.

> __/s/ George L. O'Connell ____
> GEORGE L. O'CONNELL

///

///

///

**ORDER RE CONTINUANCE OF SENTENCING DATE**

**FOR ZAIN BHAMANI**

1. The Court has reviewed the Stipulation of the parties and the Declaration of George L. O'Connell. Based on such documentation, the Court finds good cause to continue the sentencing date of Zain Bhamani from September 25, 2014, to November 13, 2014. All other dates related to the sentencing, such as the date for the draft Pre-Sentence Report and the date for submitting the final Pre-Sentencing Report to the Court, shall be extended for an equivalent time in this case.

IT IS SO ORDERED.

Dated: July 29, 2014

_____
Troy L. Nunley
United States District Judge