GEORGE L. O'CONNELL (SBN 74037)
**DLA PIPER LLP (US)**
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Telephone: 916.930.3200
Facsimile: 916.930.3201
Email: george.oconnell@dlapiper.com

Attorneys for Defendant
ZAIN BHAMANI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ZAIN BHAMANI, et al.,<br><br>          Defendants. | CASE NO. 2:10-cr-00327-TLN (DAD)<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING FROM DECEMBER 18, 2014 TO FEBRUARY 5, 2015** |

## STIPULATION

Defendants Zain Bhamani and Aly Bhamani are currently set for sentencing on December 18, 2014, having pleaded guilty pursuant to a written Plea Agreement. The United States of America, by and through Assistant United States Attorney Michele M. Beckwith, and Zain Bhamani, by and through his counsel George L. O'Connell and Aly Bhamani by and through his counsel, John Panneton, together respectfully request that the Court continue that hearing to February 5, 2015, at 9:30 a.m., for the following reasons:

United States Probation Officer Lynda Moore has requested a continuance of the sentencing date. Counsel and Probation Officer Moore are available for sentencing on February 5, 2015.

///

///

IT IS SO STIPULATED.

Dated:  November 3, 2014

By: /s/ MICHELE M. BECKWITH (authorized 10/31/14)
MICHELE M. BECKWITH
Assistant U.S. Attorney

Dated:  November 3, 2014

By:   /s/ JOHN P. PANNETON (authorized 10/31/14)
JOHN P. PANNETON
Attorney for Aly Bhamani

Dated:  November 3, 2014

By:   /s/ GEORGE L. O'CONNELL
GEORGE L. O'CONNELL
Attorney for Zain Bhamani

## ORDER GRANTING CONTINUANCE

The Court has reviewed the Stipulation of the parties to continue Zain and Aly Bhamani's sentencing date to February 5, 2015 at 9:30 a.m.  Based on such documentation, the Court finds good cause to continue the sentencing date of Zain Bhamani and Aly Bhamani from December 18, 2014 to February 5, 2015.  All other dates related to the sentencing, such as the date for the draft Pre-Sentence Report and the date for submitting the final Pre-Sentence Report to the Court, shall be extended accordingly.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 4, 2014

_____
Troy L. Nunley
United States District Judge