GEORGE L. O'CONNELL (SBN 74037)
**DLA PIPER LLP (US)**
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Telephone:  916.930.3200
Facsimile:  916.930.3201
Email:  george.oconnell@dlapiper.com

Attorneys for Defendant
ZAIN BHAMANI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ZAIN BHAMANI, et al.,<br><br>          Defendants. | CASE NO.  2:10-cr-00327-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING FROM JUNE 18, 2015, TO JULY 23, 2015** |

**STIPULATION**

Defendants Zain and Aly Bhamani are currently set for sentencing on June 18, 2015, having pled guilty pursuant to a written Plea Agreement.  The United States of America, by and through Assistant United States Attorney Michele M. Beckwith, Zain Bhamani, by and through his counsel George L. O'Connell and Aly Bhamani by and through his counsel, John Panneton, together respectfully request that the Court continue that hearing to July 23, 2015, at 9:30 a.m., for the following reasons:

Zain Bhamani cooperated against Shaun Bhamani, who is now scheduled to be sentenced on June 25, after Zain is sentenced.  Zain Bhamani believes the court should sentence Shaun first, so that the court can fully evaluate the scope and value of Zain's cooperation, for purposes of any motion the government may make on Zain's behalf for a downward departure.

The parties have also consistently agreed that coordination of the sentences of brothers Zain and Aly Bhamani would be appropriate. The Probation Officer for Zain Bhamani, Lynda Moore, and the Probation Officer for Aly Bhamani, Ronnie Preap, concur with this continuance. While Mr. Preap is not available on July 23, 2015, he and Lynda Moore agree that Ms. Moore can cover for him at sentencing on July 23, 2015.

IT IS SO STIPULATED.

Dated: May 5, 2015

By: /s/ MICHELE M. BECKWITH (authorized 5/4/15)
MICHELE M. BECKWITH
Assistant U.S. Attorney

Dated: May 5, 2015

By: /s/ JOHN P. PANNETON (authorized 5/5/15)
JOHN P. PANNETON
Attorney for Aly Bhamani

Dated: May 5, 2015

By: /s/ GEORGE L. O'CONNELL
GEORGE L. O'CONNELL
Attorney for Zain Bhamani

**ORDER GRANTING CONTINUANCE**

The Court has reviewed the Stipulation of the parties to continue Zain and Aly Bhamani's sentencing date to July 23, 2015 at 9:30 a.m. Based on such documentation, the Court finds good cause to continue the sentencing date of Zain Bhamani and Aly Bhamani from June 18, 2015 to July 23, 2015. All other dates related to the sentencing, such as the date for the draft Pre-Sentence Report and the date for submitting the final Pre-Sentence Report to the Court, shall be extended accordingly.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 6, 2015

Troy L. Nunley
United States District Judge