GEORGE L. O'CONNELL (SBN 74037)
**DLA PIPER LLP (US)**
400 Capitol Mall, Suite 2400
Sacramento, CA  95814-4428
Telephone:  916.930.3200
Facsimile:  916.930.3201
Email:  george.oconnell@dlapiper.com

Attorneys for Defendant
ZAIN BHAMANI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ZAIN BHAMANI, et al.,<br><br>  Defendants. | CASE NO.  2:10-cr-00327-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING FROM JULY 23, 2015, TO AUGUST 27, 2015** |

**STIPULATION**

Defendants Zain and Aly Bhamani are currently set for sentencing on July 23, 2015, having pled guilty pursuant to a written Plea Agreement.  The United States of America, by and through Assistant United States Attorney Michele M. Beckwith, **Zain Bhamani**, by and through his counsel George L. O'Connell and **Aly Bhamani** by and through his counsel, John Panneton, together respectfully request that the Court continue that hearing to August 27, 2015, at 9:30 a.m., for the following reasons:

Due to unavoidable circumstances, Zain's draft PSR has not been given to counsel yet.  In order to consult with the client and draft any objections, counsel needs at least two weeks to accomplish this task.  This would push back other filing dates into the current sentencing date.  Counsel has conflicting dates for a pre-paid vacation the first two weeks of August and therefore requests August 27, 2015 as the sentencing date so not to interfere with the August 20th

restitution hearing.  Defense counsel does not anticipate any further requests for continuance of the sentencing date after August 27, 2015.

The Probation Officer for Zain Bhamani, Lynda Moore, and the Probation Officer for Aly Bhamani, Ronnie Preap, concur with this continuance.

IT IS SO STIPULATED.

Dated:  June 22, 2015

By:/s/ MICHELE M. BECKWITH (authorized 6/22/15)
    MICHELE M. BECKWITH
    Assistant U.S. Attorney

Dated:  June 22, 2015

By:    /s/ JOHN P. PANNETON (authorized 6/22/15)
    JOHN P. PANNETON
    Attorney for Aly Bhamani

Dated:  June 22, 2015

By:    /s/ GEORGE L. O'CONNELL
    GEORGE L. O'CONNELL
    Attorney for Zain Bhamani

## ORDER GRANTING CONTINUANCE

The Court has reviewed the Stipulation of the parties to continue Zain and Aly Bhamani's sentencing date to August 27, 2015 at 9:30 a.m.  Based on such documentation, the Court finds good cause to continue the sentencing date of Zain Bhamani and Aly Bhamani from July 23, 2015 to August 27, 2015.  All other dates related to the sentencing, such as the date for the draft Pre-Sentence Report and the date for submitting the final Pre-Sentence Report and any Sentencing Memorandum by counsel to the Court, shall be extended accordingly.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  June 22, 2015

Troy L. Nunley
United States District Judge