Edward W. Swanson, SBN 159859
eswanson@swansonmcnamara.com
Britt Evangelist, SBN 260457
bevangelist@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for AKBAR BHAMANI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>AKBAR BHAMANI, ET AL.,<br><br>                    Defendants. | Case No.  CR. S-10-0327 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING FROM SEPTEMBER 3, 2015 TO SEPTEMBER 24, 2015** |

## STIPULATION

The United States of America, by and through Assistant United States Attorney Michele M. Beckwith, Akbar Bhamani, by and through his counsel Edward W. Swanson, Zain Bhamani, by and through his counsel of record George O'Connell, Aly Bhamani, by and through his counsel of record John Panneton, Feroza Bhamani, by and through her counsel of record Matthew Bockmon, and Ken Sarna, by and through his counsel of record, Joseph Welch, together respectfully request that the Court continue that restitution hearing currently set for September 3, 2015 at 9:30 a.m. to September 24, 2015, at 9:30 a.m., for the following reasons:

    1)    The Court has set a restitution hearing in Akbar Bhamani's case for September 3, 2015.

**Stipulation and to Continue Restitution Hearing**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 TLN

2) Akbar Bhamani, along with his co-defendants, Feroza Bhamani, Zain Bhamani and Aly Bhamani, will be held jointly and severally liable for any restitution judgment imposed by the Court.

3) The parties agree that it would be most efficient if the Court holds a restitution hearing as to all four defendants on the same date.

4) The government anticipates producing to the defense information and documents regarding its position on the restitution figure in this case in the near future.

5) After receiving the government's production, the parties anticipate meeting and conferring to see if they can reach a stipulated agreement as to the amount of restitution that should be order by the Court, thus eliminating the need for holding a restitution hearing altogether.

6) The parties therefore stipulate and agree, and respectfully request, that the Court continue the restitution hearing currently scheduled for September 3, 2015 to September 24, 2015 at 9:30 a.m.

7) To the extent that this continuance of the restitution hearing would exceed the 90-day period provided in 18 U.S.C. § 3664(d)(5) as to Akbar Bhamani, or any other defendant, the defendants waive any right to contest the restitution order based on such delay.

IT IS SO STIPULATED.

DATED: August 27, 2015   By: //s// Edward W. Swanson for
   Michele Beckwith
   Assistant U.S. Attorney

DATED: August 27, 2015   By://s// Edward W. Swanson for
   Edward W. Swanson
   Attorney for AKBAR BHAMANI

DATED: August 27, 2015   By://s// Edward W. Swanson for
   George O'Connell
   Attorney for ZAIN BHAMANI

DATED: August 27, 2015   By://s// Edward W. Swanson for
   John Panneton
   Attorney for ALY BHAMANI

**Stipulation and Order to Continue Restitution Hearing**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 TLN

DATED:     August 27, 2015      By: /s// Edward W. Swanson for
                                        Matthew Bockmon
                                        Attorney for FEROZA BHAMANI

DATED:     August 31, 2015      By: /s// Michele Beckwith for
                                        Joseph Welch
                                        Attorney for KEN SARNA

## ORDER GRANTING CONTINUANCE

The Court has reviewed the Stipulation of the parties to continue the restitution hearing currently scheduled in this case for September 3, 2015 until September 24, 2015 at 9:30 a.m. Based on such documentation, the Court finds good cause to continue the restitution hearing until September 24, 2015 at 9:30 a.m. as to all defendants.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: August 31, 2015                    _____
                                          Troy L. Nunley
                                          United States District Judge

**Stipulation and Order to Continue Restitution Hearing**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 TLN

-3-