Edward W. Swanson, SBN 159859
eswanson@swansonmcnamara.com
Britt Evangelist, SBN 260457
bevangelist@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for AKBAR BHAMANI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> vs.<br><br>AKBAR BHAMANI, ET AL.,<br><br>      Defendants. | Case No.  CR  10-0327 TLN (DAD)<br><br>**STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING SCHEDULED FOR OCTOBER 1, 2015 AT 9:30 A.M. TO OCTOBER 8, 2015 AT 9:30 A.M.** |

## STIPULATION

A restitution hearing is currently set in this case for October 1, 2015 at 9:30 a.m.  The United States of America, by and through Assistant United States Attorney Michele M. Beckwith, Akbar Bhamani, by and through his counsel Edward W. Swanson, Zain Bhamani, by and through his counsel George O'Connell, Aly Bhamani, by and through his counsel John Panneton, Feroza Bhamani, by and through her counsel Matthew Bockmon, together respectfully request that the Court continue that hearing to October 8, 2015, at 9:30 a.m., for the following reasons:

**Stipulation and Order to Continue Restitution Hearing**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 TLN

Since the last appearance, the parties have been meeting and conferring regarding the restitution amount and are close to reaching an agreement, but the parties require additional time to conclude this process.  The parties would like to move the restitution hearing to October 8, 2015.

To the extent that this continuance of the restitution hearing would exceed the 90-day period provided in 18 U.S.C. § 3664(d)(5) as any defendant, the defendants waive any right to contest the restitution order based on such delay.

IT IS SO STIPULATED.

DATED:	September 29, 2015	By: //s// Edward W. Swanson for
					Michelle Beckwith
					Assistant U.S. Attorney

DATED:	September 29, 2015	By://s// Edward W. Swanson for
					Edward W. Swanson
					Attorney for AKBAR BHAMANI

DATED:	September 29, 2015	By://s// Edward W. Swanson for
					Edward W. Swanson
					Attorney for ZAIN BHAMANI

DATED:	September 29, 2015	By://s// Edward W. Swanson for
					Edward W. Swanson
					Attorney for ALY BHAMANI

DATED:	September 29, 2015	By://s// Edward W. Swanson for
					Edward W. Swanson
					Attorney for FEROZA BHAMANI

/ / /

**Stipulation and Order to Continue Restitution Hearing**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 TLN

-2-

**ORDER GRANTING CONTINUANCE**

The Court has reviewed the Stipulation of the parties to continue the restitution hearing to October 8, 2015 at 9:30a.m.  Based on such documentation, the Court finds good cause to continue the restitution hearing from October 1, 2015 to October 8, 2015.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: September 29, 2015

_____
Troy L. Nunley
United States District Judge

**Stipulation and Order to Continue Restitution Hearing**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 TLN

-3-