Edward W. Swanson, SBN 159859
eswanson@swansonmcnamara.com
Britt Evangelist, SBN 260457
bevangelist@swansonmcnamara.com
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for AKBAR BHAMANI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>AKBAR BHAMANI, ET AL.,<br><br>　　　　　　Defendants. | Case No.  CR  10-0327 TLN (DAD)<br><br>**AMENDED STIPULATION AND ORDER REGARDING RESTITUTION** |

### STIPULATION

A restitution hearing is currently set in this case for October 8, 2015 at 9:30 a.m.  The United States of America, by and through Assistant United States Attorney, Michele M. Beckwith, Akbar Bhamani, by and through his counsel Edward W. Swanson, Zain Bhamani, by and through his counsel George O'Connell,  Feroza Bhamani, by and through her counsel of record Matthew Bockmon, and Aly Bhamani, by and through his counsel John Panneton, together respectfully request that the Court vacate that hearing and enter and order that the defendants pay restitution in the amount of $8,651,031.36 for the following reasons:

**Stipulation and Order Regarding Restitution**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 TLN

Since the last appearance, the parties have met and conferred regarding the proper restitution amount in this case.  Pursuant to those discussions and the respective parties' plea agreements, which memorialize defendants' obligation to pay restitution under 18 U.S.C. § 3663(a)(3), the parties hereby stipulate and agree that defendants Akbar Bhamani, Zain Bhamani and Aly Bhamani are jointly and severally liable for restitution in the amount of $ 8,651,031.36.

Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California.   The defendants shall not seek to discharge any restitution obligation or any part of such obligation in any bankruptcy proceeding.   Pursuant to 18 U.S.C. § 3664(k), the defendants also understand that they must notify the Court and the Attorney General of any material change in their economic circumstances that might affect the defendants' ability to pay restitution.

The parties will separately provide to the Clerk's office and the Probation Office an itemized list of the amounts due to individual victims along with the victims' addresses.

IT IS SO STIPULATED.

DATED:     October 6, 2015     By: //s//  Michele Beckwith
                                        Michele Beckwith
                                        Assistant U.S. Attorney

DATED:     October 5, 2015     By: //s//  Edward W. Swanson for
                                        Edward W. Swanson
                                        Attorney for AKBAR BHAMANI

DATED:     October 5, 2015     By: //s//  Edward W. Swanson for
                                        George O'Connell
                                        Attorney for ZAIN BHAMANI

DATED:     October 5, 2015     By: //s//  Edward W. Swanson for
                                        John Panneton
                                        Attorney for ALY BHAMANI

DATED:     October 5, 2015     By: //s//  Edward W. Swanson for
                                        Matthew Bockmon
                                        Attorney for FEROZA BHAMANI

**Stipulation and Order Regarding Restitution**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 TLN

# [PROPOSED] ORDER

The Court has reviewed the Stipulation of the parties for an order holding Akbar Bhamani, Zain Bhamani, Feroza Bhamani, and Aly Bhamani jointly and severally liable for restitution in the amount of $8,651,031.36.  Based on that stipulation and the defendants' obligations pay restitution pursuant to 18 U.S.C. § 3663(a) (3), as memorialized in their plea agreements, the Court finds good cause to enter an order holding Akbar Bhamani, Zain Bhamani, Feroza Bhamani, and Aly Bhamani jointly and severally liable for restitution in the amount of $8,651,031.36.

Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California.   The defendants shall not seek to discharge any restitution obligation or any part of such obligation in any bankruptcy proceeding.  Pursuant to 18 U.S.C. § 3664(k), the defendants must notify the Court and the Attorney General of any material change in their economic circumstances that might affect the defendants' ability to pay restitution.

The parties are further ordered to provide to the Clerk's office and the Probation Office within 72 hours of this Order an itemized list of the victims, victims' addresses, and amounts owing to each victim.   The hearing set for Thursday, October 8, 2015, at 9:30 a.m. in the above-captioned matter is hereby vacated.

SO ORDERED.

Dated:  October 7, 2015

_____
Troy L. Nunley
United States District Judge

**Stipulation and Order Regarding Restitution**
*United States v. Akbar Bhamani, et al.*
CR 10-0327 TLN