IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>         v.<br><br>AKBAR BHAMANI, et al.,<br><br>               Defendants. | CASE NO.  2:10-CR-00327 TLN<br><br>SEALING ORDER |

   Good cause appearing, and pursuant to Local Rule 141, the documents submitted by the government on December 10, 2015, including the Request to Seal, are hereby sealed.

   SO ORDERED.

Dated:  December 10, 2015

_____
Troy L. Nunley
United States District Judge