BENJAMIN B. WAGNER
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-327 TLN |
|---|---|
| Plaintiff, | REQUEST FOR STATUS CONFERENCE REGARDING RESTITUTION AS TO AKBAR BHAMANI, ZAIN BHAMANI, FEROZA BHAMANI, ALY BHAMANI, AND KEN SARNA AND ORDER |
| v. | |
| AKBAR BHAMANI, et al, | |
| Defendants. | DATE: January 7, 2016<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

The government hereby requests a status conference concerning the amount of restitution owed by defendants Akbar Bhamani, Zain Bhamani, Aly Bhamani, Feroza Bhamani, and Ken Sarna in this case. The government requests that the status conference be set for January 7, 2016 at 9:30 a.m.

On October 8, 2015, the Court entered a Second Amended Stipulation and Order Regarding Restitution, holding defendants Akbar Bhamani, Zain Bhamani, Feroza Bhamani, and Ken Sarna jointly and severally liable for restitution in the amount of $8,651,031.36. Following entry of this order, on October 13, 2015, one of the alleged victims of defendants' scheme (hereinafter "Victim CY") contacted the government to find out whether the Court's restitution order accounted for the loss she suffered. On October 20, 2015, Victim CY provided the government with a formal claim for restitution, identifying a $120,000 investment in the defendants' purported real estate ventures. The government will submit this claim to the Court in a separate filing, under seal. The government provided defense counsel with a copy of Victim CY's claim.

The government is referring this claim to the Court, pursuant to 18 U.S.C. § 3664(d)(5), for the sole purpose of discharging its obligation to the alleged victim under the Crime Victims' Rights Act (18 U.S.C. § 3771), and it requests a status conference so that the Court can decide whether it will consider Victim CY's claim for restitution.

Dated:  December 9, 2015

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:10-cr-327 TLN |
| AKBAR BHAMANI, et al., | |
| Defendants. | |

Good cause appearing, the government's request for a status conference regarding restitution as to defendants Akbar Bhamani, Zain Bhamani, Aly Bhamani, Feroza Bhamani, and Ken Sarna is hereby granted.  The hearing is set for January 7, 2016, at 9:30 a.m.

SO ORDERED.

Dated:  December 10, 2015

Troy L. Nunley
United States District Judge