1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN A. FOGERTY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                       IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-327 TLN |
   |---|---|
   | Plaintiff, | STIPULATION REGARDING RESTITUTION STATUS CONFERENCE AS TO AKBAR BHAMANI, ZAIN BHAMANI, FEROZA BHAMANI, ALY BHAMANI, AND KEN SARNA AND **ORDER** |
   | v. | |
   | AKBAR BHAMANI, et al., | |
   | Defendants. | DATE: January 7, 2016<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

17                                **STIPULATION**

18       The United States of America, by and through its counsel of record, and defendants Akbar

19 Bhamani, Zain Bhamani, Aly Bhamani, Feroza Bhamani, and Ken Sarna, by and through their

20 respective counsel of record, hereby stipulate as follows:

21       1.      On December 9, 2015, the government filed a Request for Status Conference Regarding

22 Restitution as to Akbar Bhamani, Zain Bhamani, Aly Bhamani, Feroza Bhamani, and Ken Sarna.  ECF

23 No. 362.  On December 11, 2015, the Court granted the government's request and set a status

24 conference regarding the subsequently identified restitution claim for January 7, 2016, at 9:30 a.m.  ECF

25 No. 366.

26       2.      Counsel for the government and defendants Akbar Bhamani, Zain Bhamani, Aly

27 Bhamani, Feroza Bhamani, and Ken Sarna request that the Court reset the status conference regarding

28 the restitution claim for January 21, 2016, at 9:30 a.m., in order to give the parties an opportunity to

confer and potentially resolve the restitution claim without the need for a restitution hearing.

IT IS SO STIPULATED.

Dated:  January 4, 2016                                        BENJAMIN B. WAGNER
                                                                United States Attorney

                                                        By:   /s/ BRIAN A. FOGERTY
                                                                BRIAN A. FOGERTY
                                                                Assistant United States Attorney

Dated:  January 4, 2016                                        /s/ EDWARD W. SWANSON
                                                                (Authorized by email on 1/4/16)
                                                                EDWARD W. SWANSON
                                                                Counsel for Defendant
                                                                Akbar Bhamani

Dated:  January 4, 2016                                        /s/ GEORGE L. O'CONNELL
                                                                (Authorized by email on 1/4/16)
                                                                GEORGE L. O'CONNELL
                                                                Counsel for Defendant
                                                                Zain Bhamani

Dated:  January 4, 2016                                        /s/ JOHN P. PANNETON
                                                                (Authorized by email on 1/4/16)
                                                                JOHN P. PANNETON
                                                                Counsel for Defendant
                                                                Aly Bhamani

Dated:  January 4, 2016                                        /s/ MATTHEW C. BOCKMON
                                                                (Authorized by email on 1/4/16)
                                                                MATTHEW C. BOCKMON
                                                                Counsel for Defendant
                                                                Feroza Bhamani

Dated:  January 4, 2016                                        /s/ JOSEPH A. WELCH
                                                                (Authorized by email on 1/4/16)
                                                                JOSEPH A. WELCH
                                                                Counsel for Defendant
                                                                Ken Sarna

**ORDER**

IT IS SO ORDERED.

Dated: January 5, 2016

Troy L. Nunley
United States District Judge