BENJAMIN B. WAGNER
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-327 TLN |
|---|---|
| Plaintiff, | **THIRD AMENDED STIPULATION AND ORDER REGARDING RESTITUTION** |
| v. | |
| AKBAR BHAMANI, et al., | |
| Defendants. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendants Akbar Bhamani, Zain Bhamani, Aly Bhamani, Feroza Bhamani, and Ken Sarna, by and through their respective counsel of record, together respectfully request that the Court vacate the Second Amended Restitution Order (ECF No. 342) and the currently scheduled January 21, 2016 restitution status conference, and order the defendants to pay restitution in the amount of $8,764,131.24 for the following reasons:

On October 8, 2015, the Court entered a Second Amended Order Regarding Restitution, holding defendants Akbar Bhamani, Zain Bhamani, Aly Bhamani, Feroza Bhamani, and Ken Sarna jointly and severally liable for restitution in the amount of $8,651,031.36.  Following entry of this order, one of the victims of defendants' unlawful scheme came forward with a claimed loss that was not included in the Second Amended Restitution Order.

On December 9, 2015, the government filed a Request for Status Conference Regarding Restitution as to Akbar Bhamani, Zain Bhamani, Aly Bhamani, Feroza Bhamani, and Ken Sarna.  ECF No. 362.  Since filing that request, the parties have met and conferred regarding the proper restitution amount in this case.  Pursuant to those discussions and the respective parties' plea agreements, which memorialize defendants' obligation to pay restitution under 18 U.S.C. § 3663(a)(3), the parties hereby stipulate and agree that defendants Akbar Bhamani, Zain Bhamani, Aly Bhamani, Feroza Bhamani, and Ken Sarna are jointly and severally liable for restitution in the amount of  $8,764,131.24.

Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California.  The defendants shall not seek to discharge any restitution obligation or any part of such obligation in any bankruptcy proceeding.  Pursuant to 18 U.S.C. § 3664(k), the defendants also understand that they must notify the Court and the Attorney General of any material change in their economic circumstances that might affect the defendants' ability to pay restitution.

The parties will separately provide to the Clerk's office and the Probation Office an itemized list of the amounts due to individual victims along with the victims' addresses.

IT IS SO STIPULATED.

Dated:  January 19, 2016    BENJAMIN B. WAGNER
United States Attorney

By:  /s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated:  January 19, 2016    /s/ EDWARD W. SWANSON
EDWARD W. SWANSON
Counsel for Defendant
Akbar Bhamani

Dated:  January 19, 2016    /s/ GEORGE L. O'CONNELL
GEORGE L. O'CONNELL
Counsel for Defendant
Zain Bhamani

Dated: January 19, 2016 /s/ JOHN P. PANNETON
JOHN P. PANNETON
Counsel for Defendant
Aly Bhamani

Dated: January 19, 2016 /s/ MATTHEW C. BOCKMON
MATTHEW C. BOCKMON
Counsel for Defendant
Feroza Bhamani

Dated: January 19, 2016 /s/ JOSEPH A. WELCH
JOSEPH A. WELCH
Counsel for Defendant
Ken Sarna

**ORDER**

The Court has reviewed the Stipulation of the parties for an order holding Akbar Bhamani, Zain Bhamani, Aly Bhamani, Feroza Bhamani, and Ken Sarna jointly and severally liable for restitution in the amount of $8,764,131.24.  Based on that stipulation and the defendants' obligation to pay restitution pursuant to 18 U.S.C. § 3663(a)(3), as memorialized in their plea agreements, the Court finds good cause to enter an order holding Akbar Bhamani, Zain Bhamani, Aly Bhamani, Feroza Bhamani, and Ken Sarna jointly and severally liable for restitution in the amount of $8,764,131.24.

Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California.  The defendants shall not seek to discharge any restitution obligation or any part of such obligation in any bankruptcy proceeding.  Pursuant to 18 U.S.C. § 3664(k), the defendants must notify the Court and the Attorney General of any material change in their economic circumstances that might affect the defendants' ability to pay restitution.

The parties are further ordered to provide the Clerk's office and the Probation Office within 72 hours of this Order an itemized list of the victims, victims' addresses, and amounts owing to each victim.  The hearing set for Thursday, January 21, 2016, at 9:30 a.m. in the above-captioned matter is hereby vacated.

IT IS SO ORDERED.

Dated: January 20, 2016

_____
Troy L. Nunley
United States District Judge