PHILLIP A. TALBERT
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-327 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING CORRECTION OF SECOND AMENDED JUDGMENT; ORDER |
| v. | |
| AKBAR BHAMANI, ET AL., | |
| Defendants. | |

**STIPULATION**

1.   On January 26, 2016, the Court entered a Second Amended Judgment that modified the restitution order. Appended to the judgment was a list of victims entitled to restitution. One of the victims was listed as the "Estate of Edward Sarna," because the victim, Edward Sarna, was deceased when restitution was originally ordered in this case.

2.   Following that January 26, 2016, order, the government received information from relatives of Edward Sarna. They advised that they could not cash the Clerk's check made out to the "Estate of Edward Sarna" because Edward Sarna had a living trust at the time of his death and not an "estate." They provided the government with documents showing that the entity entitled to receive funds on behalf of Edward Sarna is properly referred to as "The Edward Sarna Living Trust Dated January 9, 2004," and that Daniel Sarna is the trustee of that trust.

3.   In light of this information, the government seeks an order to amend the appendix to the second amended judgment so that it reflects the proper name of the entity that can receive the restitution

due to Edward Sarna. Specifically, the government requests that the Court alter the judgment's appendix so that it reads "The Edward Sarna Living Trust Dated January 9, 2004" instead of the "Estate of Edward Sarna."

4. The government has consulted with counsel for defendants named in the second amended judgment. All of them, with the exception of Zain Bhamani's former counsel, confirm that they do not object to the proposed order.[1]

IT IS SO STIPULATED.

Dated: January 24, 2017                     PHILLIP A. TALBERT
                                            United States Attorney

                                            /s/ MICHELE BECKWITH
                                            MICHELE BECKWITH
                                            Assistant United States Attorney


Dated: January 24, 2017                     /s/ Edward W. Swanson
                                            Edward W. Swanson
                                            Counsel for Defendant
                                            Akbar Bhamani


Dated: January 24, 2017                     /s/ Joseph A. Welch
                                            Joseph A. Welch
                                            Counsel for Defendant
                                            Ken Sarna


Dated: January 24, 2017                     /s/ John P. Panneton
                                            John P. Panneton
                                            Counsel for Defendant
                                            Aly Bhamani

---

[1] Zain Bhamani was represented by George O'Connell during this case. Since judgment was entered, the government is informed and believes that Mr. O'Connell retired from the practice of law and from his law firm, DLA Piper. The government contacted Mr. O'Connell's former law firm about the stipulation, and it was informed that the firm no longer represents Zain Bhamani.

2

Dated:  January 24, 2017                    /s/ Matthew C. Bockmon
                                            Matthew C. Bockmon
                                            Counsel for Defendant
                                            Feroza Bhamani

### FINDINGS AND ORDER

In light of the foregoing, and good cause appearing, it is hereby ordered that the appendix to the second amended judgment shall be corrected to list the entity standing in place of deceased victim Edward Sarna as "The Edward Sarna Living Trust Dated January 9, 2004" rather than the "Estate of Edward Sarna."

IT IS SO FOUND AND ORDERED this 25th day of January, 2017.

Troy L. Nunley
United States District Judge