|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | IN THE UNITED STATES DISTRICT COURT | |
| 4 | EASTERN DISTRICT OF CALIFORNIA | |

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-cr-00327-TLN |
| Plaintiff, | **REQUEST FOR FULL RECONVEYANCE OF BOND; ORDER** |
| v. | |
| ZAIN BHAMANI, | |
| Defendant. | |

To ___Chicago Title Company_____, Trustee.

The undersigned is the legal owner and holder of the Note or Notes for the total original sum of $_150,000.00__ and of all other indebtedness secured by Deed of Trust dated September 10, 2010 made by ___Shoukat Hussain Ali_____, Trustor, to _United States District Court, and Clerk, Eastern District of California__, Trustee, and recorded on _September 17, 2010_, as Instrument No. __20101322804_____ in Book __n/a__, Page ___n/a__.of Official Records, in the office of the County Recorder of _Los Angeles__, California.

Said Note or Notes, together with all other indebtedness secured by said Deed of Trust, have been fully paid and satisfied; and you are hereby requested and directed, upon payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel said Note or Notes above mentioned, and all other evidences of indebtedness secured, by said Deed of Trust delivered to you herewith, together with the said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, all the estate now held by you under the same.

IT IS SO ORDERED.

Dated: January 23, 2020

                     Troy L. Nunley
                     United States District Judge

**Mail Reconveyance To:**

**Chicago Title Company**
**Attn : Teresa Drake**
**Vice President,**
**Foreclosure Department**
**560 E. Hospitality Lane**
**San Bernardino, CA  92408**
**(909) 384-7920 Direct**