IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-327 TLN |
| Plaintiff, | ORDER |
| v. | |
| AKBAR BHAMANI, et al., | |
| Defendants. | |

This matter is before the Court on the government's request to assign and disburse restitution previously ordered payable to two victims in this case (Olga Biasiol and the Estate of Dolores LoBue) to Ms. Diana Nycum.

The Court, having considered the request and the supporting documents, hereby orders that the request is GRANTED.

SO ORDERED.

Dated: March 3, 2020

Troy L. Nunley
United States District Judge